FEBRUARY 19, 1999

No. 98–8173 (A–691). FRANKLIN ET AL., AS NEXT FRIENDS
FOR BERRY *v.* FRANCIS, WARDEN. C. A. 6th Cir. Application
for stay of execution of sentence of death, presented to JUSTICE

STEVENS, and by him referred to the Court, denied.   Certiorari denied.